IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAVITRI P. PRAJAPATI and<br>PARTH R. PRAJAPATI,<br><br>          Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary<br>of Department of Homeland Security,<br>*et al.*<br><br>          Defendants. | Case No. 7:23-CV-137-WLS |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

On December 8, 2023, Plaintiffs filed their Complaint in this matter. (ECF No. 1.) Based on the date that Defendants were served, the deadline for Defendants to respond to the Complaint is March 11, 2024. Pursuant to Local Rule 6.1, the parties now file this stipulation advising the Court that Plaintiffs and Defendants consent and agree that the date for Defendants' response to the Complaint shall be extended for thirty (30) days—up to and including Wednesday, April 10, 2024.

(signatures on next page)

Respectfully submitted this 7th day of March, 2024.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:  *s/Roger C. Grantham, Jr.*
      ROGER C. GRANTHAM, JR.
      Assistant United States Attorney
      Georgia Bar No. 860338
      United States Attorney's Office
      Middle District of Georgia
      P. O. Box 2568
      Columbus, Georgia 31902
      Phone: (706) 649-7728
      roger.grantham@usdoj.gov

      *Counsel for Defendants*


      *s/Bhavya Chaudhary*
      Bhavya Chaudhary, Esq.
      Bhavya Chaudhary & Associates, LLC
      Georgia Bar No. 892360
      700 Holcomb Bridge Road
      Norcross, GA 30071
      678-292-6111
      bhavya@bcalawfirm.com

      *Counsel for Plaintiffs*


SO ORDERED this 8th day of March, 2024.

*/s/ W. Louis Sands/*
W. Louis Sands, Sr. Judge
United States District Court

2