IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAVITRI P. PRAJAPATI and<br>PARTH R. PRAJAPATI,<br><br>            Plaintiffs,<br>v.<br><br>ALEJANDRO MAYORKAS, Secretary<br>of Department of Homeland Security,<br>*et al.*<br>            Defendants. | :<br>:<br>:<br>:  Case No. 7:23-CV-137-WLS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, acting through counsel, hereby stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 5th day of April, 2024.

                                    PETER D. LEARY
                                    UNITED STATES ATTORNEY

BY:   *s/ Roger C. Grantham, Jr.*
        ROGER C. GRANTHAM, JR.
        Assistant United States Attorney
        Georgia Bar No. 860338
        United States Attorney's Office
        P. O. Box 2568
        Columbus, GA 31902
        Phone: (706) 649-7728
        roger.grantham@usdoj.gov

*Counsel for Defendants*

*s/Bhavya Chaudhary*
BHAVYA CHAUDHARY, ESQ.
Bhavya Chaudhary & Associates, LLC
Georgia Bar No. 892360
700 Holcomb Bridge Road
Norcross, GA 30071
Phone: (678) 292-6111
Email: bhavya@bcalawfirm.com

*Counsel for Plaintiffs*

SO ORDERED this 8th day of April, 2024.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court